UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOHNNY LEE CISSELL                                                                                            PETITIONER

v.                                                                                     CIVIL ACTION NO. 3:10CV-325-S

CLARK TAYLOR, WARDEN                                                                              RESPONDENT

## MEMORANDUM OPINION AND ORDER

This matter is before the court for consideration of the Report and Recommendation of the United States Magistrate Judge that the petition for writ of habeas corpus filed by petitioner Johnny Lee Cissell be denied. DN 34. The court has conducted a *de novo* review of those portions of the report to which Cissell has filed objections. Upon review of the magistrate judge's report in conjunction with the record in this matter, this court concludes that the magistrate judge's findings of fact, conclusions of law and recommendation should be accepted and adopted in their entirety.

Cissell's *pro se* objections contain many rambling, disconnected citations of authority which are of little use to the court. However, the objections to the magistrate judge's conclusions of law concerning a variety of challenges to the effectiveness of Cissell's counsel and evidentiary rulings prior to and during trial constitute a reiteration of Cissell's previous arguments. These arguments were thoroughly considered and addressed in the magistrate judge's detailed 24-page report. The magistrate judge correctly determined that Cissell failed to establish ineffective assistance of counsel under *Strickland v. Washington*, 466 U.S. 668 (1984). The magistrate judge also correctly found that no due process or double jeopardy violations were established, *citing Estelle v. McGuire*, 502 U.S. 62 (1991) and *Blockburger v. United States*, 284 U.S. 299 (1932). Finally, this court agrees

with the conclusion of the magistrate judge that this is not a close question. Cissell's challenges in this petition are wholly without merit. As we agree that no reasonable jurist could find debatable the conclusion that the claims in this petition fail on the merits, a certificate of appealability will be denied.

For the reasons set forth herein this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (DN 34) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and the objections of petitioner Johnny Lee Cissell thereto (DN 35) are **OVERRULED**. Further, for the reasons stated, a Certificate of Appealability will be **DENIED** as to each claim asserted in the petition.

A separate order and judgment will be entered this date in accordance with this memorandum opinion and order.

**IT IS SO ORDERED.**

December 3, 2013

**Charles R. Simpson III, Senior Judge
United States District Court**

cc:
Counsel of Record
Petitioner, *pro se*